IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **10-cv-1525-AP**

**In re: STORM CAT ENERGY (USA) CORPORATION,**

      Jointly Administered Debtor.

**STORM CAT ENERGY (USA) CORPORATION,**

      Movant/Appellant.

## ORDER OF DISMISSAL

Kane, J.

Upon consideration of the Motion to Dismiss Appeal (doc. #11), filed September 13, 2010, it is

**ORDERED** that the Motion is **GRANTED**. This appeal is **DISMISSED** pursuant to Fed. R. Bankr. P. 8001(c)(2).

Dated this 13th day of September, 2010.

                        BY THE COURT:

                        *S/John L. Kane*
                        JOHN L. KANE, SENIOR JUDGE
                        UNITED STATES DISTRICT COURT